AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Antonio Garcia,<br>Wilson Bado Suarez,<br>Feliz Manuel Toledo Mata, and<br>Julio Cesar Cespedes<br><br>*Defendant(s)* | Case No.   8:23-mj-1231 AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 25, 2023** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a)<br>21 U.S.C § Section 960(b)(1)(B)(ii) | Conspired to possess with the intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony T. Taibi, Special Agent, CGIS
*Printed name and title*

Sworn to before me over the telephone and
signed by me pursuant to Fed. R. Crim. P. 4.1 and 41 (d)(3).

Date: 3/7/23

*Judge's signature*

City and state:   Tampa, FL             ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Anthony T. Taibi, being duly sworn, deposes and states the following:

1. I have been a Special Agent with the Coast Guard Investigative Service ("CGIS") since 2015. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program and numerous other training programs related to criminal investigations. I have been assigned as a Special Agent to the Operation Panama Express Strike Force since December 2022. Operation Panama Express is a Federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: Drug Enforcement Administration ("DEA"), Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), United States Coast Guard ("USCG"), United States Attorney's Office (USAO) of the Middle District of Florida and CGIS. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

2. As a CGIS Special Agent, I have participated in numerous criminal investigations of individuals who are in violation of laws and statutes of the United States and the United States Code of Federal Regulations. I have been employed by the USCG for over 20 years. Prior to becoming a Special Agent with CGIS, I was a Boatswains Mate with the USCG, responsible for executing search and rescue

operations, and enforcing federal maritime laws.

## Statutory Authority

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

    a. Antonio **GARCIA**

    b. Wilson Bado **SUAREZ**

    c. Feliz Manuel **TOLEDO MATA**

    d. Julio Cesar **CESPEDES**

of whom are Venezuelan (GARCIA), Colombian (SUAREZ and TOLEDO MATA), and Dominican Republic (CESPEDES) nationals, who knowingly and willfully conspired to possess with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and possessed with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Scheduled II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and 21 U.S.C § Section 960(b)(1)(B)(ii).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this

investigation.

5. The USCG has the authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

## Probable Cause

6. On or about February 25, 2023, while on routine patrol in the Caribbean Sea, a Dutch 8 Maritime Patrol Aircraft ("MPA") located a northeast bound go-fast vessel ("GFV") with suspected packages and fuel barrels on deck, approximately 120 nautical miles north of La Guajira, Colombia, in international waters. Her Netherlands Majesty's Ship ("HNLMS") HOLLAND with USCG Law Enforcement Detachment ("LEDET") 104 and a USCG Helicopter Interdiction Tactical Squadron ("HITRON"), which were on board, diverted to investigate the GFV.

7. HITRON and 02 Fast Raiding Intercept and Special Forces Craft ("FRISC 01" and "FRISC 02") launched from the HOLLAND to intercept the GFV. While enroute, the MPA observed items being jettisoned from the GFV. HITRON arrived on scene and employed 40 rounds of warning shots, which were ineffective. HITRON then expended 02 rounds of disabling fire and the GFV continued underway on one engine. HITRON returned to the HOLLAND for fuel while FRISC 02 diverted to the jettisoned packages and FRISC 01 continued to pursue the GFV. As the Boarding Team approached the GFV, the crew was able to gain positive control of the GFV and the 04 persons on board without any further use of force.

8. During boarding questioning, no one onboard the GFV claimed to be the

person in charge nor made a claim of nationality for the vessel. **Antonio GARCIA** claimed Venezuelan nationality, **Wilson Bado SUAREZ** and **Feliz Manuel TOLEDO MATA** claimed Colombian nationality, and **Julio Cesar CESPEDES** claimed Dominican Republic nationality.

9. USCG District 7 granted a Statement of No Objection ("SNO") to treat the GFV without nationality, and subject to the jurisdiction of the United States. USCG LEDET 104 conducted a full law enforcement boarding of the GFV. The boarding team conducted 02 narcotics identification tests on 02 recovered jettisoned bales, and both tested positive for cocaine. An Ion scan was conducted of the vessel and returned a positive result for cocaine. The total weight of the bales had an at-sea weight of approximately 65 kilograms. All 4 mariners were taken into custody.

## Conclusion

10.     Based on my training, experience, and knowledge of the investigation, I believe that there is probable cause to believe that the four defendants knowingly and willfully conspired with each other and other persons to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503 and 70506, and Title 21, United States Code, Section 960(b)(1)(B)(ii), as described herein.

Anthony T. Taibi
Special Agent
Coast Guard Investigative Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 (d) (3), before me this 7th day of March 2023.

ANTHONY E. PORCELLI
United States Magistrate Judge